# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5243**

**September Term, 2024**

**1:25-cv-00306-RDM**

**Filed On: July 7, 2025**

Refugee and Immigrant Center for Education
and Legal Services, et al.,

      Appellees

      v.

Kristi Noem, Secretary of the U.S.
Department of Homeland Security, in her
official capacity, et al.,

      Appellants

**BEFORE:** Millett, Pillard, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal, it is

**ORDERED**, on the court's own motion, that appellees file a response to the emergency motion by 5:00 p.m. on Wednesday, July 9, 2025, and that appellants file any reply by 12:00 noon on Thursday, July 10, 2025.

## Per Curiam

                                 **FOR THE COURT:**
                                 Clifton B. Cislak, Clerk

               BY:   /s/
                                 Scott H. Atchue
                                 Deputy Clerk